UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TODD LYONS,<br>DANIEL EREMIAN,<br><br>        Defendants. | CRIM. NO. 10 CR 10159-PBS |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States of America in the above-captioned matter.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By: */s/ Rachael Splaine Rollins*
        Rachael Splaine Rollins
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: July 28, 2011        rachael.rollins@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via First Class Mail.

                                                      /s/ Rachael Splaine Rollins
                                                      Rachael Splaine Rollins
Dated: July 28, 2011                       Assistant United States Attorney